**Order entered January 9, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01004-CV

### ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant

### V.

### SUZZETT YARUM, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02852-C**

### ORDER

The reporter's record in this case is past due. By postcard dated November 1, 2023, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days.

So that this appeal can proceed, we **ORDER** Janet Wright, to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification appellant

has not paid or made arrangements to pay for the reporter's record. We notify appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. *See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE